FILED
U.S. DISTRICT COURT
BRUNSWICK DIV
2010 OCT -5 PM 2:32

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ELIZABETH M. WHITE,

    Plaintiff,

vs.

GARY L. SCOTT and SHANNON FOSTER, individually and in their official capacities as Jailors for the Wayne County Sheriff,

    Defendants.

CIVIL ACTION NO.: CV209-094

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **GRANTED**. Plaintiff's complaint is **dismissed**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this ____ day of _____, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)